■ In the Matter of JACQUELINE M. JAMES, as Objector, Appellant, v MINNIE GILLETTE, as Candidate for the Nomination of the Democratic Party for the Office of Erie County

Legislator, Third District, et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Special Term, Rossetti, J. (Appeal from order of Supreme Court, Erie County, Rossetti, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Aug. 21, 1987.)